and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0204/AR.  U.S. v. Derrick A. Miller.  CCA 20110651.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.